168 A.3d 61

**GHAZNAVI, Peter Parviz**

v.

**STATE of Maryland**

**Pet. Docket No. 156, Sept.Term, 2017**

Court of Appeals of Maryland.

August 25, 2017

Opinion of the Court of Special Appeals unreported (No. 328, Sept. Term, 2016).

Petition for writ of certiorari denied

■

168 A.3d 61

**GREER, Latece**

v.

**STATE of Maryland**

**Pet. Docket No. 169, Sept.Term, 2017**

Court of Appeals of Maryland.

August 25, 2017

(Nos. 18–K–16–000382, 18–K–16–00383, and 18–K–16–00385, Circuit Court for St. Mary's County).

Petition for writ of certiorari denied